FRANCIS A. DONNELLY, PLAINTIFF-PETITIONER, v. UNITED FRUIT COMPANY, *ET AL.*, DEFENDANTS-RE- SPONDENTS.

See same case below: 75 *N. J. Super.* 383.

*Messrs. Gross & Weissberger* for the petitioner.

*Messrs. Rothbard, Harris & Oxfeld, Mr. Samuel L. Roth- bard, Mr. Abraham L. Friedman, Messrs. Toner, Crowley, Woelper & Vanderbilt, Mr. Willard G. Woelper* and *Mr. Anthony J. Iannarone* for the respondents.

September 17, 1962. Granted.

THOMAS MAHONEY, PLAINTIFF-RESPONDENT, v. MORRIS MINSKY, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Major & Major* for the petitioners.

*Mr. James M. Barry* and *Mr. Martin J. Brady* for the respondent.

September 17, 1962. Granted.